**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6688**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

WILLIAM JOE JOHNSON,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:10-cr-00941-RBH-8)

———————

Submitted:  June 20, 2013         Decided:  June 26, 2013

———————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Joe Johnson, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Joe Johnson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduced sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 4:10-cr-00941-RBH-8 (D.S.C. Apr. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED